# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RICHARD R. CRAIN,**
        Petitioner,

   v.                              Case No. 13-CV-00296

**JIM SCHWOCHERT,**
        Respondent.

---

## ORDER

On December 31, 2013, this court received a letter from Timothy Kaprelian, who says he is a friend of the petitioner. He says that at some point between December 26 and 28, 2013, petitioner passed away.

**IT IS ORDERED** that respondent shall provide the court with a status update in this case by **March 17, 2014**, which indicates whether petitioner has in fact passed away.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2014.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge